■ THE PEOPLE OF THE STATE OF NEW YORK, Appellantt, v FRANCISCO OLIVARES and SONIA OLIVARES, Respondents. [632 NYS2d 488] —Appeal by the People from an order of the Supreme Court, Queens County (Corrado, J.), dated October 15, 1993, which granted those branches of the defendants' omnibus motions which were to suppress physical evidence and statements made by them to law enforcement officials.

Ordered that the order is affirmed, for reasons stated by Justice Corrado at the Supreme Court, in her memorandum decision dated October 15, 1993. O'Brien, J. P., Joy, Altman and Florio, JJ., concur.